**Opinion issued March 10, 2015**



In The

# Court of Appeals

For The

## First District of Texas

_____

### NO. 01-15-00219-CV

_____

## IN RE BAC TRAC PLUMBING, LP AND JOSE GRAJALES, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relators, Bac Trac Plumbing, LP and Jose Grajales, have filed a petition for writ of mandamus challenging the trial court's separate orders (1) excluding the testimony of Thomas D. Greider, M.D. and Walter R. Sassard, M.D., and (2) denying relators' subsequent motion for continuance of trial pursuant to Texas

Rule of Civil Procedure 193.6(c).[*] We **deny** the petition. Relators' motion for emergency stay filed in conjunction with the petition is dismissed as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Massengale.

---

[*] The underlying case is *Donna Dudley v. Bac Trac Plumbing, LP and Jose Grajales*, cause number 2013-12224, pending in the 215th District Court of Harris County, Texas, the Honorable Elaine H. Palmer presiding.

2